CLOSED

# U.S. District Court
# California Northern District (Oakland)
# CRIMINAL DOCKET FOR CASE #: 4:21−mj−70906−MAG−1

| | |
|---|---|
| Case title: USA v. Vasquez | Date Filed: 05/26/2021 |
| Other court case number: 4:21−CR−126−SDJ−KPL Eastern District of Texas (Sherman Division) | Date Terminated: 06/02/2021 |

Assigned to: Magistrate Judge

**Defendant (1)**

**Janin Michelle Vasquez**
*TERMINATED: 06/02/2021*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 21:846: Conspiracy to Possess with the Intent to Distribute Marijuana | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Jonathan Unruh Lee**<br>United States Attorneys Office<br>Northern District of California<br>1301 Clay Street<br>Oakland, CA 94612−5217<br>510−637−3703<br>Fax: 510−637−3724<br>Email: jonathan.lee@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Assistant US Attorney |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/26/2021 | 1 | Notice of Proceedings on Out−of−District Criminal Charges Pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure as to Janin Michelle Vasquez (1). (jlmS, COURT STAFF) (Filed on 5/26/2021) (Entered: 05/27/2021) |
| 05/27/2021 | 2 | AMENDED Notice of Proceedings on Out−of−District Criminal Charges Pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure as to Janin Michelle Vasquez. (jlmS, COURT STAFF) (Filed on 5/27/2021) (Entered: 05/27/2021) |

| | | |
|---|---|---|
| 05/27/2021 | 3 | Minute Entry for proceedings held before Magistrate Judge Kandis A. Westmore: Initial Appearance as to Janin Michelle Vasquez held on 5/27/2021.<br><br>The Court directs entry of the following Order: Pursuant to the Due Process Protection Act, the Court advised government counsel of the government's disclosure obligations under *Brady v. Maryland* and its progeny, and that the failure to do so in a timely manner may result in dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, or any other remedy that is just under the circumstances.<br><br>ID of Counsel Hearing as to Janin Michelle Vasquez held on 5/27/2021. Bond Hearing as to Janin Michelle Vasquez held on 5/27/2021. Defendant consents to proceed by video. Government's oral motion to unseal the matter as to Janin Vasquez is granted. Defendant admits identity. Defendant shall appear on or before 06/17/21 in the Eastern District of Texas. Defendant's father admonished of his rights and responsibilities as surety. Defendant and surety authorize Court to sign bond on their behalf. DPPA Advised. Defendant shall be arraigned on indictment in charging district. Defendant Ordered RELEASED upon the issuance of a $50,000.00 Appearance Bond. (Zoom: 2:07–2:49). (jlmS, COURT STAFF) (Filed on 5/27/2021) (Entered: 05/28/2021) |
| 05/27/2021 | 4 | **ORDER Setting Conditions of Release. Appearance Bond Entered as to Janin Michelle Vasquez in amount of $50,000.00. Signed by Magistrate Judge Kandis A. Westmore on 05/27/21. (jlmS, COURT STAFF) (Filed on 5/27/2021) (Entered: 05/28/2021)** |
| 05/28/2021 | 5 | CJA 23 Financial Affidavit by Janin Michelle Vasquez (jlmS, COURT STAFF) (Filed on 5/28/2021) (Entered: 05/28/2021) |
| 06/01/2021 | 6 | **ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL to the Eastern District of Texas as to Janin Michelle Vasquez. Signed by Magistrate Judge Kandis A. Westmore on 05/28/21. (jlmS, COURT STAFF) (Filed on 6/1/2021) Modified on 6/1/2021 (jlmS, COURT STAFF). (Entered: 06/01/2021)** |
| 06/02/2021 | 7 | CLERK'S LETTER re Transmission of Rule 5 Documents to the Eastern District of Texas (Sherman Division) as to Janin Michelle Vasquez (jlmS, COURT STAFF) (Filed on 6/2/2021) (Entered: 06/02/2021) |
| 06/02/2021 | 8 | NOTICE OF CRIMINAL CASE TRANSFER.<br><br>Case transfer from California Northern to Eastern District of Texas of a Rule 5, Rule 32, or Rule 40 Appearance as to Janin Michelle Vasquez. Your case number is: 4:21–CR–126–SDJ–KPL. Public transfer documents are accessible and can be retrieved by your court via PACER. Under seal or otherwise restricted documents will be emailed directly. Please send acknowledgement of receipt, including the case number, to InterDistrictTransfer_CAND@cand.uscourts.gov<br>*If you wish to designate a different email address for future transfers, send your request to the national list host at InterDistrictTransfer_TXND@txnd.uscourts.gov.*<br>(jlmS, COURT STAFF) (Filed on 6/2/2021) (Entered: 06/02/2021) |

| | |
|---|---|
| STEPHANIE M. HINDS (CABN 154284)<br>Acting United States Attorney<br><br>HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division<br><br>JONATHAN U. LEE (CABN 148792)<br>Assistant United States Attorney<br><br>    1301 Clay Street, Suite 340S<br>    Oakland, California 94612<br>    Telephone: (510) 637-3680<br>    FAX: (510) 637-3724<br>    Jonathan.Lee@usdoj.gov<br><br>Attorneys for the United States of America | **FILED**<br><br>MAY 26 2021<br><br>SUSAN Y. SOONG<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JANIN MICHELLE VASQUEZ,<br><br>    Defendant. | CASE NO. 4:21-mj-70906-MAG<br><br>NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on May 26, 2021, the above-named defendant was arrested pursuant to the federal arrest warrant (copy attached) issued upon an

- ■ Indictment
- ☐ Information
- ☐ Criminal Complaint
- ☐ Other (describe) _____

pending in the Eastern District of Texas, Case Number 4:21-CR-126-SDJ-KPL.

In that case (copy of indictment attached), the defendant is charged with Conspiracy to Possess with the Intent to Distribute Marijuana, in violation of 21 U.S.C. § 846.

RULE 5                                                                     v. 7/10/2018

The maximum penalties are:

As to Count One:

If 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana – not less than 10 years and not more than life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least five years; a $100 special assessment, and forfeiture.

Date: May 26, 2021

                                            Respectfully submitted,

                                            STEPHANIE M. HINDS
                                            Acting United States Attorney

                                            *Jonathan U. Lee*
                                            JONATHAN U. LEE
                                            Assistant United States Attorney

```
1   STEPHANIE M. HINDS (CABN 154284)
    Acting United States Attorney
2
    HALLIE HOFFMAN (CABN 210020)
3   Chief, Criminal Division

4   JONATHAN U. LEE (CABN 148792)
    Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       FAX: (510) 637-3724
        Jonathan.Lee@usdoj.gov
8
9   Attorneys for the United States of America
```

FILED

May 27 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>JANIN MICHELLE VASQUEZ,<br><br>　　　Defendant. | CASE NO. 4:21-MJ-70906-MAG<br><br>**AMENDED NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE** |

　　　Please take notice pursuant to Rules 5(c)(g2) and (3) of the Federal Rules of Criminal Procedure that on May 26, 2021, the above-named defendant was arrested pursuant to the federal arrest warrant (copy attached) issued upon an

- ■　　Indictment
- ☐　　Information
- ☐　　Criminal Complaint
- ☐　　Other (describe) _____

pending in the Eastern District of Texas, Case Number 4:21-CR-126-SDJ-KPJ.

　　　In that case (copy of indictment attached), the defendant is charged with Conspiracy to Possess

AMENDED RULE 5　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　v. 7/10/2018

with the Intent to Distribute Marijuana, in violation of 21 U.S.C. § 846.

The maximum penalties are:

As to Count One:

If 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana – not less than 10 years and not more than life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least five years; a $100 special assessment, and forfeiture.

Date: May 27, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

*Jonathan U. Lee*

JONATHAN U. LEE
Assistant United States Attorney

| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 42 | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Stephen Ybarra | | REPORTER/FTR<br>2:07 - 2:49 | |
| MAGISTRATE JUDGE<br>Kandis A. Westmore | | DATE<br>May 27, 2021 | | NEW CASE<br>☐ | CASE NUMBER<br>4:21-mj-70906-MAG |

### APPEARANCES

| DEFENDANT<br>Janin Vasquez | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Charles Woodson | PD. ☐  RET. ☐<br>APPT. ☒ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Chinhayi Cadet | | INTERPRETER<br>n/a | | FIN. AFFT ☐<br>SUBMITTED | COUNSEL APPT'D ☒<br>(Provisionally) |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Jessica Portillo | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | | PARTIAL PAYMENT ☐<br>OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| | | | | | |
|---|---|---|---|---|---|
| ☒ INITIAL APPEAR<br>Rule 5 (5 mins) | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | | ☐ STATUS<br>☐ TRIAL SET |
| ☒ I.D. COUNSEL<br>2 | ☐ ARRAIGNMENT | ☒ BOND HEARING<br>35 | ☐ IA REV PROB. or<br>or S/R | | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☒ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ 50,000.00 | SPECIAL NOTES | ☒ PASSPORT SURRENDERED<br>DATE: 5/28/21 |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH  $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☐ MOTION FOR DETENTION | ☒ PRETRIAL SERVICES REPORT | ☐ DETAINED  ☒ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: | ☐ CONFIRM ATTY APPT | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT: | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☐ **STATUS Re Identity/Removal** |
| BEFORE HON. | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Defendant consents to proceed by video. AUSA orally moves to unseal the matter as to Janin Vasquez - Granted. Defendant admits identity. Defendant shall appear on or before 6/17/21 in the Eastern Dist of Tx. Defendant's father admonished of his rights and responsibilities as surety. Defendant and surety authorize Court to sign bond on their behalf. DPPA advised. Defendant shall be arraigned on indictment in charging district.

DOCUMENT NUMBER:

AO 467 (Rev. 01/09; CAND version 05/19) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

Case 4:21-mj-70906-MAG   Document 6   Filed 06/01/21   Page 1 of 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**FILED**

Jun 01 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| United States of America<br><br>v.<br><br>JANIN MICHELLE VASQUEZ,<br><br>Defendants. | Case No. 21-mj-70906-MAG-1  (AGT)<br><br>Charging District:  Eastern District of Texas<br><br>Charging District's Case No.:  4:21-CR-126-SDJ-KPJ |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The date, time, and place to appear in that court are as follows:

| Place: | Before Judge Johnson. |
|---|---|
| U.S. Federal Courthouse<br><br>7940 Preston Road<br><br>Plano, Texas 75024 | Date and Time: June 24, 2021 at 9:30 AM. |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: May 28, 2021

*Kandis Westmore* (signature)

_____
Kandis A. Westmore
United States District Judge